**AMENDED CHAPTER 13 PLAN**  Case No. _____

Debtor(s): **Johnson, Teresa M** _____  SS#: **4509** _____  Net Monthly Earnings: **$588.92**
_____ SS#: _____  Number of Dependents: 2

I. Plan Payments:

☒ Debtor(s) propose to pay direct a total of **$ 798.00** ☐ weekly ☐ biweekly ☐ semi-monthly ☒ monthly into the plan; or
☐ Payroll deduction order to:

Length of plan is approximately **60** months, and the total debt to be paid through the plan is approximately $ **37,080.00**.

II. From the payments received, the trustee shall make disbursements to the Bankruptcy Code including:

A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| Creditor | Type of Priority | Scheduled Amount | Monthly Payment |
|---|---|---|---|
| **None** | | | |

B. Total Attorney Fee: $ **2,500.00** ; $ **0.00** paid pre-petition; **$ 600.00** to be paid at confirmation and $ **110.00** per month.

C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | To be Paid By | Regular Payment to Begin | Arrears to be Paid by Trustee | Months Included in Arrearage Amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|---|
| **NationStar** | 78,044.00 | 740.00 | Direct | | | | 0.00 | |
| | | | | | | | | |

2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed Fixed Payments | Fixed Pay-ment to Begin |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| **Southeastern Toyota** | 100.00 | 17,075.00 | 21625.00 | 8,200.00 | 2006 pontiac | 6.00 | 201.05 | upon confirmation |
| **Wffinnance** | 90.00 | 14,679.00 | 2295.00 | 5,804.00 | 2002 chevy tahoe | 6.00 | 194.24 | upon confirmation |

III. Other debts (**not shown in 1 or 2 above**) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| **None** | | | | |

IV. Special Provisions:
☒ This is an original plan.
☐ This is an amended plan replacing plan dated _____.
☐ This plan proposes to pay unsecured creditors **5.00** %
☐ Other provisions:

Dated: February 14, 2014                */s/ Teresa Johnson*
                                         Signature of Debtor

*/s/ Leotis Williams*                    _____
Signature of Attorney                    Signature of Spouse (if applicable)
**Leotis Williams
Leotis Law Center
5227 Besseemer Super Highway
Brighton, AL  35228
(205) 428-6050**